# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

RAYVELL VANN,

    Movant,

vs.                                                    No. CV 19-00421 PJK/KBM
                                                             No. CR 12-00966 PJK

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

**THIS MATTER** having come before the court under Rule 4 of the Rules Governing Section 2255 Proceedings on the handwritten letter filed by Movant Rayvell Vann on May 1, 2019 (Civil ECF No. 1; Criminal ECF No. 305), which the court construes as a third motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255, and the court having entered its Memorandum Opinion and Order (Civil ECF No. 2; Criminal ECF No. 307) dismissing the Motion,

**IT IS ORDERED** that judgment is hereby entered and Movant Rayvell Vann's third motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Civil ECF No. 1; Criminal ECF No. 305) is dismissed without prejudice for lack of jurisdiction.

DATED this <u>15th</u> day of May 2019, at Santa Fe, New Mexico.

                                                 /s/ Paul Kelly, Jr.
                                                 United States Circuit Judge
                                                 Sitting by Designation