UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>RAYVELL VANN,<br><br>　　　Defendant. | No. 1:12-cr-00966-PJK-SMV-1 |

**ORDER IMPOSING FILING RESTRICTIONS**

　　　On September 14, 2021, this court entered an order dismissing Mr. Vann's latest 28 U.S.C. § 2255 motion and sua sponte proposing restrictions on his future pro se filings. ECF No. 350. Mr. Vann was given an opportunity to file objections to the filing restrictions, and he has done so (challenging the merits of this court's denial of a reduction in his sentence). ECF No. 352. Mr. Vann's objections are lacking in merit. Accordingly, the restrictions set forth in the September 14, 2021 order shall take effect upon the date of this order.

　　　Those restrictions are as follows: Mr. Vann is restricted from filing any further pro se filings with this court raising claims brought in his successive § 2255 motions and arguments related to those claims that have already been decided by this court. The Clerk is directed to return any such motions to Mr. Vann.

IT IS SO ORDERED.

DATED this <u>4th</u> day of October 2021 at Santa Fe, New Mexico.

<u>/s/ Paul Kelly, Jr.</u>
United States Circuit Judge
Sitting by Designation